# EXHIBIT 2

4/4/23, 3:00 PM

Denver Metro Audits - YouTube



Home

Shorts

Subscriptions

Library

History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Learning

Fashion & Beauty

Podcasts

Browse channels

More from YouTube

YouTube Premium

YouTube Music

YouTube Kids

YouTube TV

Settings

Report history

Help

Send feedback

About  Press  Copyright
Contact us  Creators
Advertise  Developers

YouTube

Search

Sign in









City council member RUNS DOWN SweeT T!!!

2.2K views

City council member GETS IN BIG SIS'S FACE!!!

5.7K views

REFUSING SERVICE TO THE PUBLIC!!!

3.8K views

UNLAWFUL DIRECTIVES DECLINED!!!

6.9K views



**Denver Metro Audits**

@DenverMetroAudits
74.5K subscribers  291 videos

If you don't know your rights, you d...

SHORTS        LIVE        PLAYLISTS        COMMUNITY        STORE        CHANNELS        ABOUT







https://www.youtube.com/@DenverMetroAudits/shorts

4/4/23, 3:00 PM

Denver Metro Audits - YouTube

☰  ▶ YouTube

🔍  🎤  ⋮  ⊙ Sign in

🏠 Home

▷ Shorts

▷ Subscriptions

▷ Library

🕓 History

Sign in to like videos, comment, and subscribe.

⊙ Sign in

Explore

🛍 Shopping

♫ Music

🎬 Movies & TV

(•) Live

🎮 Gaming

📰 News

🏆 Sports

💡 Learning

👗 Fashion & Beauty

((•)) Podcasts

⊕ Browse channels

More from YouTube

▶ YouTube Premium

▷ YouTube Music

▶ YouTube Kids

▶ YouTube TV

⚙ Settings

⚑ Report history

? Help

Send feedback

About  Press  Copyright
Contact us  Creators
Advertise  Developers

143K views

5.8K views

6.9K views





**Giving cops the same directives they give us... ON...**
7K views

**COP STICKS HIS NOSE WHERE IT DOESN'T BELON...**
19K views

**COP CHOKES OUT WOMEN!!!**
9.6K views

**SPEED TRAP LADY SENT PACKING!!!**
4.6K views









**Women says BLM can loot because the stores have...**
7.7K views

**"You have to leave!"**
82K views

**MASS ARREST!!!**
7.4K views

**DMA CREW ARRESTED!!!**
5.1K views







### Denver Metro Audits
@DenverMetroAudits
74.5K subscribers  291 videos

If you don't know your rights, you d...  ⌄

SHORTS   LIVE   PLAYLISTS   COMMUNITY   STORE   CHANNELS   ABOUT

**OATH VIOLATERS EXPOSED!!!**
13K views

**OATH BREAKING TYRANTS CALLED OUT!!!**
17K views

**SNOWFLAKES GALORE at the DMV!!!**
14K views

**LAWLESS CITY COUNCIL CALLED OUT!!!**
16K views

4/4/23, 3:00 PM                                    Denver Metro Audits - YouTube



 YouTube

🔍 🎤 ⋮   👤 Sign in



🏠 Home

▷ Shorts

▷ Subscriptions

▷ Library

🕐 History

Sign in to like videos, comment, and subscribe.

👤 Sign in

**Explore**

🛍 Shopping

♫ Music

🎬 Movies & TV

(•) Live

🎮 Gaming

📰 News

🏆 Sports

💡 Learning

👗 Fashion & Beauty

🎙 Podcasts

⊕ Browse channels

**More from YouTube**

▶ YouTube Premium

▶ YouTube Music

▶ YouTube Kids

▶ YouTube TV

⚙ Settings

⚑ Report history

? Help

💬 Send feedback

About  Press  Copyright
Contact us  Creators
Advertise  Developers



'THIS IS FEDERAL PROPERTY"
66K views



AFA wins battle of wits again!!! LOL
11K views



COP DEFENDS LAWLESS CITY ATTORNEY AND GETS…
82K views

COPS DISMISSED!!!
1.5M views



MAD CHAD!!! If "you're fired!" was a person…
25K views



LADY GOES HANDS ON IN POST OFFICE!!!
50K views



BIG SIS TEARS COP A NEW ONE!!!
22K views



CROOKED COP CALLED OUT FOR TARGETING THE…
20K views









▶ Empirical Miracle ▶ ▶

**Denver Metro Audits**

@DenverMetroAudits
74.5K subscribers  291 videos

If you don't know your rights, you d…  ⟩

SHORTS       LIVE       PLAYLISTS       COMMUNITY       STORE       CHANNELS       ABOUT

LADY GOES HANDS ON OVER A CAMERA!!!
68K views

LADY SENDS COP PACKING!!!
1.8M views

BIG SISTER GOES TO JAIL FOR STANDING UP FOR…
11K views

SUPER HERO SECURITY GETS ONE INCH FROM ME!!!
26K views

4/4/23, 3:00 PM                                                  Denver Metro Audits - YouTube

 **YouTube**                                                                          🔍 🎤 ⋮   👤 Sign in

   

7K views                13K views

---

**Home**

**Shorts**

**Subscriptions**

**Library**

**History**

Sign in to like videos, comment, and subscribe.

👤 Sign in

**Explore**

🛍 Shopping

🎵 Music

🎬 Movies & TV

(•) Live

🎮 Gaming

📰 News

🏆 Sports

💡 Learning

Fashion & Beauty

🎙 Podcasts

⊕ Browse channels

**More from YouTube**

▶ YouTube Premium

▶ YouTube Music

▶ YouTube Kids

▶ YouTube TV

⚙ Settings

⚑ Report history

? Help

💬 Send feedback

About  Press  Copyright
Contact us  Creators
Advertise  Developers

   

**PUT IN HANDCUFFS!!! for being a FREE AMERICAN!!!**
16K views

**PUT IN HANDCUFFS!!! For being a FREE AMERICAN!!!**
9.4K views

⋮ **KARENS SHUTDOWN!!!**
15K views

**YOU MUST SHOW ID TO OBTAIN PUBLIC RECORDS!!!**
15K views

   

Empirical Miracle

**Denver Metro Audits**
@DenverMetroAudits
74.5K subscribers   291 videos
If you don't know your rights, you d...   ⌄

SHORTS      LIVE      PLAYLISTS      COMMUNITY      STORE      CHANNELS      ABOUT

Denver Metro Audits - YouTube



4/4/23, 3:00 PM
Denver Metro Audits - YouTube

