# EXHIBIT 6









ARRESTED!!! For recording in the lobby at the Social Security Office!!!

