# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00453-NYW-MEH

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

CHRISTOPHER CORDOVA,

    Defendant-Appellant.

---

## UNITED STATES' *UNOPPOSED* MOTION TO SUPPLEMENT RECORD

---

The United States moves to supplement the record on appeal with four videos that pertain to Mr. Cordova's appellate arguments.[1]

1. On February 12, 2024, the parties jointly filed a designation of record for this case. [Doc. 43.] In that filing, the parties designated—among other exhibits and the entire Court docket—the government's trial exhibits 1 and 4, which are videos. That same day, the government conventionally submitted a flash drive to the Court purporting to contain the government's trial exhibits 1 and 4. [Doc. 44.]

2. On March 26, 2024, the government realized that the flash drive

---

[1] By analogy, Fed. R. App. P. 10(e)(2)(A) provides: "If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . on stipulation of the parties[.]" Relatedly, 10th Cir. R. 10.4(D)(4) requires inclusion of materials in the record on appeal that "are relevant to an issue raised on appeal and are referenced to in the brief." *See generally* Fed. R. Crim. P. 58(g)(2)(C).

1

conventionally submitted to the Court and provided to counsel for Mr. Cordova inadvertently contained only placeholders for the government's trial exhibits 1 and 4, not the videos themselves.   Thus, the government requests that the record on appeal be supplemented with the government's trial exhibits 1 and 4.   Those videos pertain to Mr. Cordova's appellate argument that the evidence was insufficient to convict him of one of the charged counts.

3. In his Opening Brief, Mr. Cordova also challenges the facts on which the magistrate judge relied at sentencing.   At sentencing, the government provided two videos to the magistrate judge that the parties did not designate for inclusion in the record on February 12, 2024.   While placeholders for those videos appear on the Court's docket (docs. 23-1 and 23-3), the videos themselves are not accessible on the docket.   Thus, the government requests that the record on appeal also be supplemented with the government's sentencing exhibits 23-1 and 23-3.

4. The government will conventionally submit all four videos to the Court.

5. Counsel for Mr. Cordova does not object to this motion.

Therefore, for the reasons stated above, undersigned counsel respectfully requests that the record on appeal be supplemented with:

- Government's Trial Exhibit 1 (video)
- Government's Trial Exhibit 4 (video)
- Government's Sentencing Exhibit 23-1 (video)
- Government's Sentencing Exhibit 23-3 (video)

2

Respectfully submitted this 5th day of April, 2024.

                Cole Finegan

                United States Attorney

                *s/ Jess D. Mekeel*
                Jess D. Mekeel
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, CO 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0408
                E-mail: Jess.Mekeel@usdoj.gov

                Counsel for Plaintiff-Appellee
                United States of America

## **CERTIFICATE OF SERVICE**

I certify that on this 5th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
Appellate Secretary
United States Attorney's Office