IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00453-NYW-MEH

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

CHRISTOPHER CORDOVA,

    Defendant-Appellant.

---

### NOTICE OF CONVENTIONAL FILING

---

The United States of America, by and through Assistant United States Attorney Jess D. Mekeel hereby provides notice of conventional filing of the government's trial exhibits 1 and 4 and the government's sentencing exhibits 23-1 and 23-3. The exhibits will be conventionally submitted on a flash drive to the clerk's office in the Alfred A. Arraj United States Courthouse. The exhibits will be provided to counsel for Defendant-Appellant Cordova on a flash drive via Federal Express.

DATED at Denver, Colorado this 5th day of April, 2024.

                COLE FINEGAN
                United States Attorney

By:   *s/ Jess D. Mekeel*
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Email: Jess.Mekeel@usdoj.gov
       Counsel for Appellee United States of America

## CERTIFICATE OF SERVICE

I certify that on this 5th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
Appellate Secretary
United States Attorney's Office