IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00453-NYW-MEH

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

CHRISTOPHER CORDOVA,

    Defendant-Appellant.

---

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

---

The United States respectfully moves for an extension of 9 days, up to and including May 3, 2024, to file its response brief. Good cause supports this request.

1. On February 13, the court entered an order setting a briefing schedule. ECF 45. Defendant-Appellant Cordova filed his opening brief on March 25. ECF 47. The response brief for the United States is currently due April 24. ECF 45.

2. Undersigned counsel has not previously sought an extension in this matter. Undersigned conferred with counsel for Defendant-Appellant, who does not oppose this motion.

3. Undersigned cannot reasonably complete the response brief by the current deadline of April 24. Undersigned did not enter his appearance until after Defendant-Appellant filed his opening brief. Since that time, undersigned has been diligently working on other matters, including filing a response to a 28 U.S.C. § 2255 motion on April 15.

4. The requested extension will not affect the oral argument currently scheduled for June 6, as a comparable 9-day extension for the Defendant-Appellant to file his reply brief would ensure briefing is completed nearly 2 weeks before the argument. ECF 48.

5. Defendant-Appellant also would not be prejudiced by the extension as his sentence was previously stayed pending resolution of the appeal. ECF 35.

WHEREFORE, the United States requests an extension of 9 days, up to and including May 3, 2024, of the time to file its response brief.

DATED at Denver, Colorado this 17th day of April, 2024.

        COLE FINEGAN
        United States Attorney

By:    *s/ Jess D. Mekeel*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Email: Jess.Mekeel@usdoj.gov

        Counsel for Appellee United States of America

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
    Appellate Secretary
    United States Attorney's Office