IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 23-cr-00453-NYW-MEH-1 | Date: June 6, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Jess Mekeel |
| Plaintiff, | |
| v. | |
| 1. CHRISTOPHER J. CORDOVA, | E. Milo Schwab |
| Defendant. | |

**COURTROOM MINUTES**

**ORAL ARGUMENT HEARING**

**10:02 a.m.**     Court in session.

Appearances of counsel. Defendant was advised of this hearing and exercises his right to not attend this hearing.

Argument by counsel with respect to Defendant's Notice of Appeal of the Judgment in a Criminal Case [Doc. 38].

**ORDERED:** Defendant's Notice of Appeal of the Judgment in a Criminal Case [Doc. 38] is **DEEMED ARGUED, SUBMITTED, and TAKEN UNDER ADVISEMENT. The Court will issue a written opinion.**

**10:36 a.m.**     Court in recess.

Hearing concluded.
Total time in court:     0:34