FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2b MAR -3 AM 9: 51

Dear Judge Michael E. Hegarty,

I respectfully submit this letter to request early termination of my probation. I understand and accept responsibility for my actions that resulted in this case, and I have made every effort to demonstrate full compliance and accountability throughout the duration of my probation.

From the very first day of supervision, I have taken my obligations seriously. I promptly paid my entire fine of $3,000 in full on the first day of probation. I have remained continuously self-employed and financially stable since that time, fulfilling the requirement of maintaining employment. I have not had any violations, reprimands, or disciplinary actions during my supervision, and I have complied with every term imposed by both the Court and my probation officer.

I have done everything possible to use this period to better myself and to reaffirm my commitment to being a law-abiding and productive member of the community. I recognize that even a petty offense carries weight, and I have treated this experience as an opportunity to show the Court that I have learned from it.

I have also kept in mind everything that led to this situation and used it as a chance to educate myself further about the law. Through this process, I have gained a much clearer understanding of what constitutes a public forum and what does not. This experience has ultimately helped me grow as an activist, because I am now more informed about where the public has the right to record and where those rights have lawful limits. I truly believe this knowledge will help me continue my work in a more responsible and legally informed manner.

Given my complete compliance, payment of fines, ongoing employment, and positive supervision record, I respectfully ask the Court to consider granting early termination of my probation. I believe I have met all of the intended goals of probation, rehabilitation, accountability, and demonstrated responsibility, and I hope to move forward as a contributing member of society without further supervision.

Thank you for your time and consideration. I am sincerely grateful for the opportunity to have fulfilled the conditions of my probation and to request this relief before the Court.

Sincerely,
Christopher Cordova