**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:23-cr-00453-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1.    CHRISTOPHER CORDOVA,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF PROBATION**

---

In response to the defendant's motion for early termination of probation, the government states that it does not oppose the motion. [ECF No. 63, 64].

1.    On March 20, 2023, the defendant was convicted of two misdemeanors: (i) failing to comply with official signs of a prohibitory, regulatory, and directory nature and with lawful direction of Federal police officers and other authorized individuals, in violation of 41 C.F.R. § 102-74.385 (Count 1); and (ii) unlawfully photographing Federal property, in violation of 41 C.F.R. § 102-74.420 (Count 2). [ECF No. 60, at 1].

2.    On September 27, 2023, the defendant was sentenced to 15 days' imprisonment, a $3,000 fine, and 2 years' probation. The imprisonment related to Count 1 only, and the probation related to Count 2 only. [ECF No. 36, at 2, 5].

3.    On March 3, 2026, the defendant requested early termination of probation. [ECF No. 63]. In support of the request, the defendant notes that he has paid his fine, remained continuously self-employed, and complied with terms of supervision. [*Id.*].

4.    The Probation Office supports early termination. It reports that the

1

defendant served his prison sentence, paid the $3,000 fine, and has complied with terms of probation since November 14, 2024. [ECF No. 65, at 2].

5.      This Court has authority under 18 U.S.C. § 3564(c) to terminate a term of probation in the case of a misdemeanor at any time "upon consideration of (1) the applicable 18 U.S.C. § 3553(a) factors, (2) 'the conduct of the defendant,' and (3) 'the interest of justice.'" *See United States v. Hartley*, 34 F.4th 919, 930–31 (10th Cir. 2022) (citing 18 U.S.C. § 3564(c)).

6.      The applicable § 3553(a) factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to afford adequate deterrence, protect the public from further crimes of the defendant, and provide the defendant with needed training or treatment; and (3) other sentencing considerations. *See* 18 U.S.C. §§ 3564(c) and 3553(a).

7.      The United States does not oppose early termination. The § 3553(a) factors favor early termination. The defendant completed his sentence as to Count 1 and served over a year of probation on Count 2; both components promoted deterrence and just punishment. The Probation Office recommends early termination based in part on the defendant's compliance with legal obligations while serving his sentence, as well as a stable residence and positive behavioral changes.

8.      The United States defers to the recommendation of the Probation Office and does not oppose early termination of the defendant's probation in these circumstances.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: s/ Craig G. Fansler
CRAIG G. FANSLER
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0403
E-mail: Craig.Fansler2@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: s/ Elizabeth Gomez Solis
Elizabeth Gomez Solis
Legal Assistant
U.S. Attorney's Office